

RICARDO SOLANO JR.
rsolano@fklaw.com
212.833.1121

January 12, 2021

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Jaquez v. Outschool, Inc.*, 1:20-cv-09288-JPC

> The parties' request is GRANTED.  This matter is stayed until March 12, 2021.  If the parties do not file a stipulation of dismissal by that date, they are directed to file a joint status letter with the Court.
>
> The Initial Pretrial Conference scheduled for February 4, 2021, at 11:00 a.m. is hereby adjourned *sine die*.
>
> SO ORDERED.
>
> Date: January 12, 2021
>
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Dear Judge Cronan:

      This firm represents defendant Outschool, Inc. in the above-referenced matter. We write to inform the Court that the parties have reached an agreement in principle that resolves the litigation in its entirety and eliminates the need for further pleadings or motion practice.  The parties are preparing a settlement agreement; upon execution of that agreement and the performance of certain actions immediately required thereunder, the parties will file a stipulation of dismissal of the action with prejudice.  To that end, we respectfully request that this matter be stayed for 60 days to afford the parties the necessary time to accomplish these objectives.

      Thank you for your attention to this matter.  For the Court's convenience, if this request meets with your approval, I have included a "So Ordered" signature line below.  If Your Honor would prefer a formal proposed order setting forth the extension, please let me know and we will submit one immediately.

      Respectfully submitted,

      s/ Ricardo Solano Jr.
      Ricardo Solano Jr.

cc:   All Counsel via ECF

- 2 -                                                                                       January 12, 2021

SO ORDERED:                                                    DATED:  January    , 2021

_____
Hon. John P. Cronan, U.S.D.J.